1
2
3           IN THE UNITED STATES DISTRICT COURT
4              FOR THE DISTRICT OF ARIZONA
5

6  Philbert Shabie,                          No. CV 12-02053 PHX JAT (MEA)
7                     Plaintiff,             **REPORT AND**
                                             **RECOMMENDATION**
8  v.
9  Charles L. Ryan, Chris Moody, Kimberly
   Currier, CO IV Troug, CO III Carpenter,
10 Chaplain Kingsland, Chaplain Baldwin,
   Tara Diaz, Heather Richards,
11
12                    Defendants.

13  **TO THE HONORABLE JAMES A. TEILBORG:**

14       Plaintiff's initial complaint and motion for leave to proceed *in forma pauperis*

15  were docketed September 27, 2012.  The matter was referred to an early mediation pilot

16  program on January 4, 2013.  See Doc. 7.  In an order entered February 21, 2013, the

17  Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and dismissed the

18  complaint with leave to amend.  See Doc. 10.  In an order entered July 2, 2013, the Court

19  granted Plaintiff's motion for leave to docket an amended complaint, which was docketed

20  at Doc. 23.  See Doc. 22.

21       In an order entered November 25, 2013, the Court allowed Plaintiff until

22  December 26, 2013, to docket a second amended complaint.  See Doc. 36.  In an order

23  (Doc. 37) entered January 14, 2014, which was vacated June 3, 2014, see Doc. 44, the

24  Court dismissed Plaintiff's first amended complaint at Doc. 23.   Plaintiff docketed a

25  motion (Doc. 41) for leave to file an amended complaint (Doc. 42) and a motion (Doc.

26  40) for reconsideration of the Court's order at Doc. 37.  In an order (Doc. 44) issued June

27  3, 2014, the Court granted the motion for reconsideration, reopened the case, and ordered

28  that Plaintiff's second amended complaint (Doc. 45), lodged at Doc. 42 on January 24,

2014, be docketed, and ordered Defendants Ryan, Moody, Currier, Troug, Richards, Carpenter, Kingsland, Baldwin, and Diaz to answer the second amended complaint. "Liberally construed, Plaintiff has adequately stated First Amendment and RLUIPA claims relating to sweat lodge access. The Court will require Defendants to answer the Second Amended Complaint."  The Court further ordered:

> If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See* <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).
> ***
> If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Second Amended Complaint on a Defendant within 120 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(i).
> ***
> If a Defendant is an officer or employee of the Arizona Department of Corrections, Plaintiff must list the address of the specific institution where the officer or employee works. Service cannot be effected on an officer or employee at the Central Office of the Arizona Department of Corrections unless the officer or employee works there.

Service was returned as unexecuted on Defendant Paula Carpenter on June 27, 2014.  Service was returned as executed on Defendant Diaz on July 15, 2014, and as executed on the other Defendants on July 2, 2014.  The served Defendants answered the second amended complaint.  <u>See</u> Doc. 49.  In a Scheduling Order issued August 18, 2014, the Court ordered discovery be completed by January 16, 2015.  <u>See</u> Doc. 53.

On November 24, 2014, the Court allowed Plaintiff until December 19, 2014, to show cause why Plaintiff's claims against Defendant Carpenter should not be dismissed for Plaintiff's failure to comply with the Court's order of June 3, 2014, and Plaintiff's failure to effect service of process on Defendant Carpenter as required by the Court's order of June 3, 2014, and Rule 4, Federal Rules of Civil Procedure.

Plaintiff has not responded to the Order to Show Cause.  The Court notes that no discovery has occurred in this matter since the scheduling order was issued on August 18, 2014.  Accordingly, it is anticipated that the entire matter may be dismissed for failure to prosecute for a period of six months.

Therefore,

**IT IS RECOMMENDED that** Plaintiff's claims against Defendant Carpenter and this defendant be **dismissed without prejudice** for Plaintiff's failure to serve this defendant.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have fourteen (14) days within which to file a response to the objections. Pursuant to Rule 7.2, Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed seventeen (17) pages in length.

Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues.  See United States v. Reyna–Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will constitute a waiver of a party's right to appellate review of the findings of fact and conclusions of law in an order or judgment entered pursuant to the recommendation of the Magistrate Judge.

Dated this 6th day of January, 2015.

1

2

_____
Mark E. Aspey
United States Magistrate Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28